**SUPPLEMENTAL CIVIL COVER SHEET FOR**
**NOTICES OF REMOVAL**

The removing party shall complete the SUPPLEMENTAL CIVIL COVER SHEET FOR NOTICES OF REMOVAL and follow D.C.COLO.LCivR 81.1. and 28 U.S.C. § 1446(a).

| Section A - Plaintiffs | Section B - Defendants |
|---|---|
| Plaintiffs remaining in action at the time of filing the notice of removal. | Defendants remaining in action at the time of filing the notice of removal. |
| 1. JOSEPH A. GILL | 1. CHRISTOPHER ALLEN WALTZ |
| 2. JANI P. GILL | 2. SWIFT TRANSPORTATION COMPANY, LLC |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |
| 6. | 6. |

**Section C - Pending State Court Motions As of Date of Removal**

| Title of State Court Motion | Date Motion Filed |
|---|---|
| 1. NONE | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |
| 6. | |
| 7. | |

**Section D - Scheduled State Court Hearings As of Date of Removal**

| Title of State Court Scheduled Hearing | Date of Hearing | Time of Hearing | Assigned State Judge |
|---|---|---|---|
| 1. NONE | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

/s/ Daniel J. Bristol
Signature
DANIEL J. BRISTOL
Printed Name
Telephone Number  303.628.3300
Date  4/4/2018
State Court Case Number  2018CV30717

(Rev 11/08/2010)